UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ALBERT HUDSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 4:06-CV-868 AGF |
| | ) | |
| DAVID DORMIRE, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

This matter is before the Court upon the application of Albert Hudson for leave to commence this action without payment of the required filing fee. Upon consideration of the financial information provided with the application, the undersigned finds that the applicant is financially unable to pay any portion of the filing fee.

Therefore,

**IT IS HEREBY ORDERED** that petitioner's motion for leave to proceed in forma pauperis [Doc. #2] is **GRANTED**. See 28 U.S.C. § 1915.[1]

Dated this 11th day of July, 2006.

_____
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The Court notes that this petition was transferred from the United States District Court for the Western District of Missouri which, prior to transfer, granted petitioner provisional leave to proceed in forma pauperis.