UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALBERT HUDSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 4:06CV00868 AGF |
| | ) |
| DAVE DORMIRE, | ) |
| | ) |
| Respondent, | ) |

## JUDGMENT

Pursuant to the Memorandum and Order filed herein on this day,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the petition of Albert Hudson for federal habeas corpus relief is **DISMISSED** as time-barred.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 3rd day of January, 2007.