UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALBERT HUDSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 4:06CV00868 AGF |
| | ) |
| DAVE DORMIRE, | ) |
| | ) |
| Respondent, | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that this Court's Memorandum and Order and Judgment entered on January 3, 2007, are **VACATED**.  [Docs. #23 and #24]

**IT IS FURTHER ORDERED** that Petitioner's "Motion of Objections to Magistrate's Report and Recommendation" is **DENIED as moot**, without prejudice to Petitioner's right to refile objections at an appropriate time.  [Doc. #27]

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 2nd day of February, 2007.