UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ALBERT HUDSON, )
 )
    Petitioner, )
 )
vs. ) Case No. 4:06CV00868 AGF
 )
DAVE DORMIRE, )
 )
    Respondent, )

## ORDER

**IT IS HEREBY ORDERED** that this Court's Memorandum and Order and Judgment entered on January 3, 2007, are **VACATED**. [Docs. #23 and #24]

**IT IS FURTHER ORDERED** that Petitioner's "Motion of Objections to Magistrate's Report and Recommendation" is **DENIED as moot**, without prejudice to Petitioner's right to refile objections at an appropriate time. [Doc. #27]

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 2nd day of February, 2007.