UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALBERT HUDSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:06CV00868 AGF |
| ) | |
| DAVE DORMIRE, ) | |
| ) | |
| Respondent. ) | |

## **JUDGMENT**

Pursuant to the Memorandum and Order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the petition of Albert Hudson for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED** as time-barred.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 20th day of April, 2007.